IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY EUGENE FELDER,<br><br>            Petitioner,<br><br>      vs.<br><br>J. WALKER,<br><br>            Respondent.<br>_____/ | 1:06-cv-01504 DLB (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE A TRAVERSE<br><br>(DOCUMENT #21)<br><br>THIRTY DAY DEADLINE |

   Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 5, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

   IT IS SO ORDERED.

   Dated:    **September 19, 2007**           **/s/ Dennis L. Beck**
                                                                          UNITED STATES MAGISTRATE JUDGE