IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY EUGENE FELDER, | 1:06-cv-01504 DLB (HC) |
| Petitioner, | ORDER GRANTING SECOND 30-DAY EXTENSION OF TIME TO FILE A TRAVERSE |
| vs. | |
| J. WALKER, | (DOCUMENT #23) |
| Respondent. | DEADLINE: NOVEMBER 22, 2007 |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 19, 2007, petitioner filed a second motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days, up to and including November 22, 2007, in which to file a traverse.

IT IS SO ORDERED.

Dated:   **October 29, 2007**              /s/ **Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE