# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY EUGENE ELDER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. WALKER, Warden,<br><br>    Defendant. | Case No. 1:06-cv-01504 DLB HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR COPY OF DOCKET<br><br>[ECF No. |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 11, 2008, the amended petition was denied with prejudice and the case was closed.

On May 11, 2015, Petitioner filed a request for a copy of the docket in this case. Petitioner states he requested a copy from the Clerk's Office but was informed that he was required to pay the costs for copying of $2.00.  Petitioner states he is indigent and does not have the funds to pay for copies.  In light of the fact Petitioner only seeks a copy of the docket in this case, and for good cause having been presented, his request is GRANTED.

///

///

///

1

1 | The Clerk's Office is DIRECTED to send Petitioner a copy of the docket in this case with
2 | this order.

IT IS SO ORDERED.

   Dated: **February 4, 2016**    /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE